# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00310-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 3, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| RANDALL GUY, *et al.*, | Thomas Leroy Roberts |
| | Michael Justin Rosenberg |
| Plaintiff, | |
| v. | |
| MENDAKOTA INSURANCE COMPANY, | John F. Sands |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 9:05 a.m.
Court calls case. Appearances of counsel. *Also present is Richard Caudy and Evan Banker.*

Discussion regarding Plaintiffs' Unopposed Motion to Amend the Scheduling Order, doc #[18], filed 5/27/2010.

Based upon the relief requested in Plaintiffs' Unopposed Motion to Amend the Scheduling Order, doc #[18], it is:

**ORDERED:** Discovery **MUST BE COMPLETED BY NOVEMBER 30, 2010**. Affirmative experts must be disclosed no later than **SEPTEMBER 30, 2010.** Rebuttal experts must be disclosed no later than **OCTOBER 30, 2010.** The current dispositive motion deadline **REMAINS** as **NOVEMBER 1, 2010.** The Final Pretrial Conference **REMAINS** set for **JANUARY 13, 2011.**

HEARING CONCLUDED.

**Court in recess**: 9:24 a.m.
Total time in court: 00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.