## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00310-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 18, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| RANDALL GUY, *et al.*, | Thomas Leroy Roberts |
| | Michael Justin Rosenberg |
| | Richard Michael Kaudy |
| Plaintiff, | |
| v. | |
| MENDAKOTA INSURANCE COMPANY, | Jon F. Sands |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 1:30 p.m.
Court calls case. Appearances of counsel. Also present is Mr. Chalat.

Discussion and arguments regarding Plaintiffs' Motion to Amend Complaint, doc #[26], filed 9/1/2010.

Mr. Rosenberg makes statements.

Mr. Sands makes statements.

**ORDERED:** Plaintiffs' Motion to Amend Complaint, doc #[26], is **GRANTED**. The Amended Complaint and Jury Demand, doc #[26-1], and the exhibits attached thereto, are **DEEMED FILED AS OF TODAY'S DATE**.

Discussion regarding a Rule 30(b)(6) deposition.

Discussion regarding private mediation.

Discussion regarding settlement.

**ORDERED:** A Settlement Conference will begin on **DECEMBER 16, 2010 at 9:00 a.m. and will continue until 12:00 p.m.** At this session, Defense counsel and client representatives with settlement authority, ***including*** any adjusters dealing with reinsurance issues, are **REQUIRED** to be physically present.

Each party shall submit an **UPDATED** Confidential Settlement Statement to Magistrate Judge Shaffer by **5:00 p.m. on DECEMBER 9, 2010** giving an **extensive analysis** of both the strengths and weaknesses of their case, including legal analysis, if appropriate. The statement **must also include a specific settlement offer**.

*(Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to Shaffer_Chambers@cod.uscourts.gov. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS.")*

On **DECEMBER 17, 2010 from 8:00 a.m. to 11:00 a.m.**, Plaintiffs and their counsel will meet with Magistrate Judge Shaffer.

On **DECEMBER 17, 2010 at 11:00 a.m.**, all parties, counsel, and client representatives with settlement authority, ***including*** any adjusters dealing with reinsurance issues will make their first settlement offers. The Settlement Conference will continue after the lunch break. The court will set aside additional time on Saturday, December 18, 2010 to continue the Settlement Conference, if necessary.

The court states that Mr. Savage, and his attorneys, may participate in the settlement conference.

HEARING CONCLUDED.

**Court in recess**: 2:27 a.m.
Total time in court: 00:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.