**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00310-REB-CBS

RANDALL GUY, and
JUSTIN GUY,

    Plaintiffs,

v.

MENDAKOTA INSURANCE COMPANY, a corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on plaintiffs' **Unopposed Motion For Extension of Time To File Response To Defendant's Motion For Summary Judgment**[2] [#36] filed November 19, 2010.  The motion is **GRANTED**.  Plaintiffs shall have until **December 3, 2010**, in which to file a response to the motion for summary judgment.

    Dated:  November 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Henceforth counsel shall comply with the practice standards of this court, including REB Civ. Practice Standard II.G.1 which is adversely implicated by the filing of the motion for extension of time, even though counsel is only requesting until December 3, 2010, to file the response.