**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00310-REB-CBS

RANDALL GUY, and
JUSTIN GUY,

    Plaintiffs,

v.

MENDAKOTA INSURANCE COMPANY, a corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court *sua sponte*. Based on the **Notification of Settlement** [#52] filed January 24, 2011,

    **IT IS ORDERED** as follows:

    1. That the Trial Preparation Conference set for February 25, 2011, and the jury trial set to commence March 14, 2011, are **VACATED**; and

    2. That the following motions are **DENIED** as moot:

- **Plaintiffs' Motion To Remand** [#8] filed March 15, 2010;

- **Defendant's Motion For Summary Judgment** [#34] filed November 1, 2010; and

- **Plaintiffs' Motion in Limine To Preclude Argument or Evidence That Defendant was "Set Up" for Bad Faith by Plaintiffs' Judgment Creditors - Paul and Pam Savage** [#48] filed January 11, 2011.

    Dated: February 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.