**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00310-REB-CBS

RANDALL GUY, and
JUSTIN GUY,

      Plaintiffs,

v.

MENDAKOTA INSURANCE COMPANY, a corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal With Prejudice** [#56]

filed February 21, 2011.  After reviewing the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#56] filed February 21,

2011, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

      Dated February 22, 2011, at Denver, Colorado.

                           **BY THE COURT:**

                           Robert E. Blackburn
                           United States District Judge